UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DALJINDER SINGH UPPAL,<br><br>                Petitioner,<br><br>    v.<br><br>JOHN KELLY, et al.,<br><br>                Respondents. | CASE NO. 17-306-TSZ-JPD<br><br>ORDER GRANTING JOINT STIPULATION TO CONTINUE MOTION NOTING DATE |

This is an immigration habeas action pursuant to 28 U.S.C. § 2241. Respondents have filed a return and status report seeking dismissal of this action, which is noted for April 21, 2017. Dkt. 8. The parties have filed a joint stipulation to continue the noting date. Dkt. 10. Based on the foregoing, the Court finds and ORDERS:

(1) The parties' joint stipulation to continue the noting date for the return and status report, Dkt. 10, is GRANTED.

(2) The Clerk is directed to RE-NOTE respondents' return and status report, Dkt. 8, for May 26, 2017. Any response is due by May 19, 2017, and any reply is due by the noting date.

(3) Discovery, if any, is stayed pending further order by the Court.

ORDER GRANTING JOINT
STIPULATION TO CONTINUE
MOTION NOTING DATE - 1

1  (4) The Clerk is directed to send copies of this Order to the parties and to the
2  Honorable Thomas S. Zilly.
3  Dated this 20th day of April, 2017.

_James P. Donohue_
JAMES P. DONOHUE
Chief United States Magistrate Judge

ORDER GRANTING JOINT
STIPULATION TO CONTINUE
MOTION NOTING DATE - 2