# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

DALJINDER SINGH UPPAL,

    Petitioner,

v.

JOHN KELLY, et al.,

    Respondent.

Case No. C17-306-TSZ-JPD

ORDER DIRECTING RESPONDENTS TO SUPPLEMENT THE RECORD

This is a 28 U.S.C. § 2241 immigration habeas action. The record indicates that petitioner was scheduled for immigration hearings on April 6, 2017, and April 19, 2017, *see* Dkt. 8 at 6, but the Court does not have information regarding the outcomes of those hearings. So that the Court's resolution of petitioner's habeas petition is based on a full and complete record, the Court ORDERS:

(1) By **June 26, 2017**, respondents shall supplement the record with any immigration court orders regarding the April 2017 hearings and any other relevant immigration proceedings that have occurred since then.

(2) Before supplementing the record, respondents shall meet and confer with plaintiff's counsel regarding the supplemental records. Respondents shall notify the Court

ORDER DIRECTING RESPONDENTS TO
SUPPLEMENT THE RECORD - 1

whether plaintiff has any objection to the supplemental records. Respondents shall not include any argument with the supplemental records, however, they may request leave to file a supplemental brief.

(3) The Clerk is directed to RE-NOTE respondents' motion to dismiss, Dkt. 8, for June 26, 2017, and to send copies of this order to the parties and to the Honorable Thomas S. Zilly.

Dated this 13th day of June, 2017.

*/s/ James P. Donohue*
JAMES P. DONOHUE
Chief United States Magistrate Judge