# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

DALJINDER SINGH UPPAL,

          Petitioner,

v.

JOHN KELLY, et al.,

          Respondents.

Case No. C17-306-TSZ

ORDER OF DISMISSAL

      Having reviewed the Report and Recommendation of the Honorable James P. Donohue, Chief United States Magistrate Judge, docket no. 15, to which no objections were timely filed, and respondents' update regarding petitioner's detention status, docket no. 16, the Court finds and ORDERS:

      (1)    The Court ADOPTS the Report and Recommendation.

      (2)    The Government's motion to dismiss, docket no. 8, is GRANTED.

      (3)    Petitioner's habeas petition is DENIED, and this action is DISMISSED with prejudice.

\\

\\

ORDER OF DISMISSAL - 1

(4) The Clerk is directed to send copies of this Order to the parties and to Judge Donohue.

Dated this 13th day of October, 2017.

*Thomas S. Zilly*
Thomas S. Zilly
United States District Judge

ORDER OF DISMISSAL - 2