# United States District Court
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DALJINDER SINGH UPPAL,<br><br>       Petitioner,<br><br>    v.<br><br>JOHN KELLY, et al.,<br><br>       Respondents. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER: C17-306-TSZ |

\_\_ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X** **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

    The Report and Recommendation is adopted and approved. Respondents' motion to dismiss is GRANTED. Petitioner's habeas petition is DENIED, and this action is DISMISSED with prejudice.

    Dated this 13th day of October, 2017.

                                                      William M. McCool
                                                      Clerk

                                                      /s/ Karen Dews
                                                      Deputy Clerk